**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IVAN HERNANDEZ MONTES,
Petitioner,

v. No. 2:26-cv-02735-MLG-GBW

MARKWAYNE MULLIN, et al.,
Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING PETITIONER'S IMMEDIATE RELEASE**

This matter is before the Court on Petitioner Ivan Hernandez Montes's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Doc. 1. The Court, having considered the Petition, having held a hearing on October 30, 2026, and being otherwise fully informed, finds that it is well-taken and should be granted.

For the reasons stated on the record during the October 30, 2026, hearing, the Court grants the Petition and orders immediate release.[1] Hernandez Montes shall be released within forty-eight hours of the entry of this Order. He shall be released with all possessions and identification documentation that he possessed on his person when detained by Respondents in January 2026 and documentation sufficient to allow him to travel, along with a copy of this Order.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

[1] In habeas corpus proceedings, "a federal court 'possesses power to grant any form of relief necessary to satisfy the requirement of justice.'" *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir. 1992) (emphasis omitted) (quoting *Levy v. Dillon*, 415 F.2d 1263, 1265 (10th Cir. 1969)). Immediate release is the appropriate remedy in this case. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("The typical remedy for [unlawful executive] detention is, of course, release.").